# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SFX ENTERTAINMENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 16-10238 (MFW)<br><br>(Jointly Administered) |
| DEAN A. ZIEHL, AS LITIGATION TRUSTEE FOR THE SFX LITIGATION TRUST,<br><br>Plaintiff<br><br>vs.<br><br>M.A.S.S. SERVICES, INC. dba COMFORT ZONE PORTABLES, a Georgia corporation,<br><br>Defendant. | Adv. Pro. No. 18-50162 (MFW) |
| DEAN A. ZIEHL, AS LITIGATION TRUSTEE FOR THE SFX LITIGATION TRUST,<br><br>Plaintiff<br><br>vs.<br><br>Timothy Crowhurst, et al,<br><br>Defendant. | Adv. Pro. No. 18-50165 (MFW) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 430R Acquisition LLC (7350); Beatport, LLC (1024); Core Productions LLC (3613); EZ Festivals, LLC (2693); Flavorus, Inc. (7119); ID&T/SFX Mysteryland LLC (6459); ID&T/SFX North America LLC (5154); ID&T/SFX Q-Dance LLC (6298); ID&T/SFX Sensation LLC (6460); ID&T/SFX TomorrowWorld LLC (7238); LETMA Acquisition LLC (0452); Made Event, LLC (1127); Michigan JJ Holdings LLC (n/a); SFX Acquisition, LLC (1063); SFX Brazil LLC (0047); SFX Canada Inc. (7070); SFX Development LLC (2102); SFX EDM Holdings Corporation (2460); SFX Entertainment, Inc. (0047); SFX Entertainment International, Inc. (2987); SFX Entertainment International II, Inc. (1998); SFX Intermediate Holdco II LLC (5954); SFX Managing Member Inc. (2428); SFX Marketing LLC (7734); SFX Platform & Sponsorship LLC (9234); SFX Technology Services, Inc. (0402); SFX/AB Live Event Canada, Inc. (6422); SFX/AB Live Event Intermediate Holdco LLC (8004); SFX/AB Live Event LLC (9703); SFX-94 LLC (5884); SFX-Disco Intermediate Holdco LLC (5441); SFX-Disco Operating LLC (5441); SFXE IP LLC (0047); SFX-EMC, Inc. (7765); SFX-Hudson LLC (0047); SFX-IDT N.A. Holding II LLC (4860); SFX-LIC Operating LLC (0950); SFX-IDT N.A. Holding LLC (2428); SFX-Nightlife Operating LLC (4673); SFX-Perryscope LLC (4724); SFX-React Operating LLC (0584); Spring Awakening, LLC (6390); SFXE Netherlands Holdings Coöperatief U.A. (6812); SFXE Netherlands Holdings B.V. (6898). The Debtors' business address is 902 Broadway, 15th Floor, New York, NY 10010.

1

**NOTICE OF AGENDA FOR TELEPHONIC HEARING SCHEDULED FOR JUNE 17, 2020 AT 3:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**RESOLVED MATTERS:**

1. [Signed] Order Setting Status Conference [Filed: 6/1/20] (Adv. Pro. 18-50162, Docket No. 13)

    Related Documents:

    a. Certification of Counsel Requesting Entry of Order Approving Stipulation Regarding Dismissal of Adversary Proceeding; and Dismissing Adversary Proceeding [Filed: 6/1/20] (Adv. Pro. 18-50162, Docket No. 15)

    Status: The Litigation Trustee has filed proposed order to dismiss this case under certification of counsel. No hearing is necessary.

2. [Signed] Order Setting Status Conference [Filed: 6/1/20] (Adv. Pro. 18-50165, Docket No. 18)

    Related Documents:

    a. Certification of Counsel Requesting Entry of Order Approving Stipulation Regarding Dismissal of Adversary Proceeding; and Dismissing Adversary Proceeding [Filed: 6/1/20] (Adv. Pro. 18-50165, Docket No. 20)

Status:   The Litigation Trustee has filed proposed order to dismiss this case under certification of counsel.  No hearing is necessary.

Dated: June 15, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Kenneth H. Brown (CA Bar No. 100396)
Debra I. Grassgreen (CA Bar No. 169978)
Colin R. Robinson (Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: 302/652-4100
Facsimile:  302/652-4400
E-mail:      kbrown@pszjlaw.com
                 dgrassgreen@pszjlaw.com
                 crobinson@pszjlaw.com

*Counsel to the SFX Litigation Trust*